UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
YOSA, INC. and ROCK OF AGES LLC,

                             Plaintiffs,

       -against-

CHINATEX ORIENTAL (U.S.A.), INC.,

                             Defendant.
------------------------------------------------------------- x

**ORDER REGARDING UPCOMING ORAL ARGUMENT**

09 Civ. 6860 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

As the parties are scheduled to appear for oral argument on August 24, 2009 at 2:15 p.m., Plaintiffs should make a submission by August 21, 2009 at noon showing that diversity of citizenship exists between the parties, in light of the rulings in Carden v. Arkoma Assocs., 494 U.S. 185, 195-96 (1990) and Handelsman v. Bedford Vill. Assocs. Ltd. P'ship, 213 F.3d 48, 53 (2d Cir. 2000).

SO ORDERED.

Dated:    New York, New York
            August 19, 2009

                                          ALVIN K. HELLERSTEIN
                                          United States District Judge



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/19/09